**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

YESENIA OLIVERA,

    Plaintiff,

v.    Case No. 1:20-cv-20067-MGC

BADCOCK'S ECONOMY
FURNITURE STORE, INC.,

    Defendant.
_____/

BADCOCK'S ECONOMY
FURNITURE STORE, INC.,

    Defendant/Third-Party Plaintiff,

v.

PAUL MUNOZ,

    Third-Party Defendant.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Yesenia Olivera, Defendant/Third-Party Plaintiff Badcock's Economy Furniture Stores, Inc., and Third-Party Defendant Paul Munoz (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate to dismissal of all claims and third-party claims asserted in this action with prejudice pursuant to FED. R. CIV. P. 41(a), with each of the Parties bearing her, his, or its own attorneys' fees and costs.

Dated: June 4, 2020.

**(Signature page follows.)**

1

Respectfully submitted,

| | |
|---|---|
| */s/ Heather H. Jones*<br>HEATHER H. JONES, ESQ.<br>Florida Bar No. 0118974<br>WILLIAM "BILLY" PEERCE HOWARD, ESQ.<br>Florida Bar No. 010330<br>**THE CONSUMER PROTECTION FIRM, PLLC**<br>4030 Henderson Blvd.<br>Tampa, FL 33629<br>Telephone: (813) 500-1550, ext. 205<br>Facsimile: (813) 435-2369<br>Heather@TheConsumerProtectionFirm.com<br>Billy@TheConsumerProtectionFirm.com<br>*Attorneys for Plaintiff & Third-Party Defendant* | */s/ James Jeffrey Burns*<br>CHRISTOPHER L. DECORT, FBN: 89009<br>cdecort@jclaw.com<br>JAMES JEFFREY BURNS, FBN: 111395<br>jburns@jclaw.com<br>**JOHNSON, CASSIDY, NEWLON & DECORT, P.A.**<br>2802 N. Howard Ave<br>Tampa, Florida 33607<br>Telephone: (813) 699-4859<br>Facsimile: (813) 235-0462<br>*Attorneys for Defendant/Third-Party Plaintiff* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 4, 2020, a true and correct copy of the foregoing was electronically filed with the United States District Court, Southern District of Florida, by using the CM/ECF System, which will serve a copy on all counsel of record.

*/s/Heather H. Jones*
Attorney